RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/30/12
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT LEE SAMUEL,<br>Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:11-CV-00105 |
| VERSUS | |
| WARDEN, ALLEN CORRECTIONAL CENTER,<br>Respondent | JUDGE James T. Trimble, Jr<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Samuel's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of January, 2012.

_____
James T. Trimble, Jr
UNITED STATES DISTRICT JUDGE